12-CV-81177

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED by _____ D.C.

FEB 20 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Carlton Hadden, Director OFO, EEOC

was received by me on *(date)*  10/24/2012 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By Certified Mail To Carlton Hadden, Director, OFO, EEOC
131 M Street NE Washington, D.C. 20507. It Was Delivered On 2/06/2013

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/14/2013

_____
Server's signature

Hugh Victor Conrad
Printed name and title

1601 South Flagler Dr Apt 104-D
West Palm Beach, FL 33401
Server's address

Additional information regarding attempted service, etc:
On 1/10/2013 Summon + Petition Was Sent By Certified Mail To
Carlton Hadden, Director, OFO, PO Box 19848 Washington DC 20036.
The EEOC Forwarding Address Had Expired.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlton Hadden, Director
Office of Federal Operations
EEOC.
131 M St. NE
Washington D.C. 20507

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
2/6/13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7000 1670 0001 6082 1438

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **12-cv-81177-Marra/Matthewman**

Hugh V. Conrad

                        Plaintiff

   v.

Carlton Hadden, Director OFO

                     Defendant

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Carlton Hadden,
Director of Office of Federal Operations
U.S. Equal Employment Opportunity Commission
PO Box 19848

Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh Victor Conrad  1601 South Flagler Drive Apart 104-o(olive)  West Palm Beach, Florida 33401

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

_____October 24, 2012_____
DATE

Steven M. Larimore
Clerk of Court

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts